IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., Plaintiffs, v. EAGLE ENVIRONMENTAL & CONSTRUCTION, et al., Defendants. | Case No. 25-cv-02524-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
|---|---|

Before the Court is plaintiffs' Motion for Default Judgment, filed August 5, 2025, whereby plaintiffs seek judgment in their favor against defendants Eagle Environmental & Construction and Ronald Batiste.[1] Also before the Court is the Report and Recommendation, filed October 16, 2025, by Magistrate Judge Kandis A. Westmore, to which no objections have been filed.[2]

The Court having considered the matter de novo, hereby ADOPTS Judge Westmore's detailed findings and conclusions in their entirety and, accordingly, plaintiffs' Motion for Default Judgment is hereby GRANTED IN PART and DENIED IN PART as follows:

1. Defendants shall submit to plaintiffs their contribution reports for the months May 2016 through the present, comply with the Audit requested by plaintiffs for the period

---

[1] Plaintiffs are Operating Engineers' Health and Welfare Trust Fund, Pension Trust Fund for Operating Engineers, Pensioned Operating Engineers' Health and Welfare Trust Fund, Operating Engineers and Participating Employers Pre-apprentice, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund, Dan Reding and James E. Murray.

[2] On October 17, 2025, the case was assigned to the undersigned.

1 January 1, 2017, through December 31, 2021, and provide the records and documents
2 necessary for completion of the audit.
3     2.  Defendants shall pay to plaintiffs the attorney's fees incurred by plaintiffs in the
4 amount of $2,856.50 and costs in the amount of $1,421.42, comprising the total sum of
5 $4,277.92.
6     3.  At an appropriate time hereafter, plaintiffs may request the judgment be
7 amended to include such additional amounts as late contributions, liquidated damages,
8 interest, and audit costs, and the Court hereby retains jurisdiction to allow for said
9 potential request to amend.

**IT IS SO ORDERED.**

Dated: November 6, 2025

MAXINE M. CHESNEY
United States District Judge